**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| ROWAN ENERGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SMITH OIL FIELD SERVICES, LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> COMPLAINT FOR PATENT INFRINGEMENT <br><br> JURY TRIAL DEMANDED |

Plaintiff Rowan Energy Inc. ("Rowan" or "Plaintiff"), by and through its undersigned counsel, brings this action for infringement of United States Design Patent No. D1,099,261 against Defendant Smith Oil Field Services, LLC ("Smith" or "Defendant"), and alleges as follows:

**PARTIES**

1.      Plaintiff Rowan Energy Inc. is a Delaware corporation with a company mailing address of PO Box 163, Arcadia, OK 73007.

2.      Rowan provides sand-filtration solutions for hydraulic-fracturing completion operations in major United States shale basins, including the Permian and Delaware Basins in West Texas and the Eagle Ford Basin in South Texas, and the Haynesville Basin in Louisiana and East Texas. Rowan also develops and commercializes the patented filter inserts at issue in this case.

3.      Defendant Smith Oil Field Services, LLC is a Louisiana limited liability company with its principal place of business at 725 Powell Road, Stonewall, Louisiana 71078.

4.      Rowan is the owner of all rights, title, and interest in and to the Patent-in-Suit, including all rights to sue and recover for past, present, and future infringement.

1

**JURISDICTION AND VENUE**

5.      This is a civil action for infringement of United States Design Patent No. D1,099,261 arising under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.*, including 35 U.S.C. §§ 171, 271, 281, 283, 284, 285, and 289.

6.      This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Patent Laws of the United States.

7.      This Court has personal jurisdiction over Smith because, among other things, Smith is organized under the laws of this State, maintains a regular and established place of business in this judicial district, including its facility located at 725 Powell Road, Stonewall, Louisiana 71078, and has purposefully directed and conducted business activities in this district, including making, using, offering for sale, and/or selling, including renting, the accused filter inserts (the "Accused Products") from its Stonewall location.

8.      Upon information and belief, Smith has committed acts of patent infringement within this judicial district by making, using, offering for sale, and/or selling, including renting, the Accused Products as part of its "Rock Catcher" products in and from its Stonewall, Louisiana facility, and by placing those accused articles into the stream of commerce with the expectation that they would be used and/or purchased by customers in this district.

9.      Venue is proper in this Court pursuant to 28 U.S.C. § 1400(b) because Smith resides in this judicial district and, in any event, has committed acts of infringement in this judicial district and has a regular and established place of business in this judicial district.

**FACTUAL ALLEGATIONS**

A.      **Rowan and Its Patented Designs**

2

10.    Rowan is an innovator in equipment used in hydraulic fracturing operations, including filter inserts used in sand-filtration equipment at oilfield wellsites.

11.    On October 21, 2025, the United States Patent and Trademark Office duly and lawfully issued U.S. Design Patent No. D1,099,261 (the "'261 Patent"), entitled "Filter Insert for Hydraulic Fracturing Filter Housing," to inventors Kyle Humphreys, Cy Thibodeaux, Chase E. Reynolds, and Kendall J. Williams. A true and correct copy of the '261 Patent is attached hereto as **Exhibit A.**

12.    The '261 Patent claims "[t]he ornamental design for a filter insert for hydraulic fracturing filter housing, as shown and described," and includes seven drawing sheets depicting the claimed design, comprising a front perspective view (FIG. 1), another perspective view (FIG. 2), a bottom perspective view (FIG. 3), a front view (FIG. 4, with the rear being a mirror image), a side view (FIG. 5, with the other side being a mirror image), a top view (FIG. 6), and a bottom view (FIG. 7).

13.    Rowan is the owner of all rights, title, and interest in and to the '261 Patent, including all rights to sue and recover for past, present, and future infringement.

14.    The '261 Patent (the "Patent-in-Suit") is presumed valid pursuant to 35 U.S.C. § 282.

**B.    Smith's Infringing Activities**

15.    Smith is in the business of providing oilfield services and equipment rentals, including sand-filtration equipment marketed as "Rock Catcher" and associated accused filter inserts used in hydraulic fracturing operations.

16.    Upon information and belief, Smith has made, used, offered for sale, and/or sold, including rented, the Accused Products by including them as components of Smith's "Rock

3

Catcher" rental package. The Accused Products embody designs so substantially similar to the design claimed in the Patent-in-Suit that an ordinary observer would be deceived into believing they are the patented design.

17.    Photographs of Smith's Accused Products deployed at a wellsite and posted on a Facebook page attributed to Smith are attached hereto as **Exhibit B** and **Exhibit C**, respectively.

**C.    Infringement of the '261 Patent**

18.    The Accused Products that correspond to the '261 Patent are filter inserts used in Smith's "Rock Catcher" sand-filtration equipment for hydraulic fracturing operations.

19.    In the eye of an ordinary observer, familiar with the prior art and giving such attention as a purchaser usually gives, the design of Smith's accused filter insert is substantially the same as the design claimed in the '261 Patent.

20.    Upon information and belief, the overall ornamental appearance of Smith's accused filter insert and the claimed design of the '261 Patent share, *inter alia*, the same overall profile, a recessed handle, an upper flange, a substantially flat top with a circular rib, and a perforated mesh body extending substantially the full height of the insert.

21.    By making, using, offering for sale, and/or selling, including renting, the accused filter inserts within the United States during the term of the '261 Patent, Smith has infringed and continues to infringe the '261 Patent in violation of 35 U.S.C. §§ 271 and 289.

**D.    Pre-Suit Notice and Willful Infringement**

22.    On January 24, 2025, Rowan sent a letter to Curtis Smith, Jr. at Smith Oil Field Services, LLC, by UPS and email, identifying U.S. design patent applications then pending before the United States Patent and Trademark Office, one of which subsequently issued as the Patent-in-Suit.

23. Following issuance of the Patent-in-Suit, on February 20, 2026, Rowan sent a written notice of patent infringement to Curtis Smith, Jr. at Smith Oil Field Services, LLC, 725 Powell Road, Stonewall, Louisiana 71078 (the "Notice Letter"). On March 16, 2026, Smith sent a response to the Notice Letter.

24. Upon information and belief, notwithstanding its receipt of the Notice Letter and its actual knowledge of the Patent-in-Suit, Smith has continued making, using, offering for sale, and/or selling, including renting, the Accused Products.

25. Smith's continued infringement following actual notice is deliberate and willful, and undertaken despite an objectively high likelihood that its conduct constitutes infringement of a valid patent, which risk was either known or so obvious that it should have been known.

26. As a direct and proximate result of Smith's infringement, Rowan has suffered and continues to suffer damages, including but not limited to lost sales, lost profits, price erosion, and damage to its reputation and goodwill, in an amount to be determined at trial, and is entitled to no less than Smith's total profit from the infringing articles under 35 U.S.C. § 289.

27. Smith's ongoing infringement is causing irreparable harm to Rowan for which there is no adequate remedy at law, and Rowan is entitled to preliminary and permanent injunctive relief pursuant to 35 U.S.C. § 283.

## COUNT I
### INFRINGEMENT OF U.S. DESIGN PATENT NO. D1,099,261

28. Rowan repeats and re-alleges each of the foregoing allegations as if fully set forth herein.

29. The '261 Patent is valid, enforceable, and was duly and lawfully issued by the United States Patent and Trademark Office.

30. Smith has directly infringed and continues to directly infringe the '261 Patent, in violation of 35 U.S.C. § 271(a), by making, using, offering for sale, and/or selling, including renting, the accused filter inserts whose design is substantially the same as the design claimed in the '261 Patent in the eye of an ordinary observer, within the United States and without authority.

31. Smith's infringement of the '261 Patent has been and continues to be willful and deliberate, having continued with actual knowledge of the '261 Patent and Rowan's infringement allegations since at least receipt of the Notice Letter.

32. Rowan has been damaged by Smith's infringement of the '261 Patent and is entitled to recover damages adequate to compensate for the infringement, but in no event less than a reasonable royalty under 35 U.S.C. § 284, or, at Rowan's election, Smith's total profit on the infringing articles under 35 U.S.C. § 289.

33. Rowan is further entitled to enhanced damages under 35 U.S.C. § 284, attorneys' fees and costs under 35 U.S.C. § 285, and preliminary and permanent injunctive relief under 35 U.S.C. § 283.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rowan Energy Inc. respectfully requests that the Court enter judgment in its favor and against Defendant Smith Oil Field Services, LLC as follows:

A. Adjudging that Smith has infringed U.S. Design Patent No. D1,099,261 under 35 U.S.C. § 271;

B. Adjudging that U.S. Design Patent No. D1,099,261 was duly and legally issued by the United States Patent and Trademark Office and is valid and enforceable;

C. Adjudging that Smith's infringement of the Patent-in-Suit has been willful;

D. Preliminarily and permanently enjoining Smith, its officers, agents, servants, employees, representatives, and all persons acting in concert or participation with it, pursuant to 35 U.S.C. § 283, from making, using, offering for sale, and/or selling, including renting, any filter inserts that infringe the Patent-in-Suit, or importing any such filter inserts;

6

E.      Ordering Smith to file with the Court, and to serve on Rowan, within thirty (30) days after service of any injunction, a written report under oath setting forth in detail the manner and form in which Smith has complied with the injunction;

F.      Awarding Rowan damages adequate to compensate it for Smith's infringement, but in no event less than a reasonable royalty, pursuant to 35 U.S.C. § 284, together with pre-judgment and post-judgment interest;

G.      Awarding Rowan, at its election, Smith's total profit derived from the infringing articles pursuant to 35 U.S.C. § 289;

H.      Awarding enhanced damages, including treble damages, pursuant to 35 U.S.C. § 284 in light of the willful, deliberate, and egregious nature of Smith's infringement;

I.      Declaring this case exceptional and awarding Rowan its reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285;

J.      Ordering an accounting of Smith's sales, rentals, and profits attributable to its infringement;

K.      Ordering the impoundment and destruction of all infringing filter inserts in Smith's possession, custody, or control, together with all molds and tooling used to make the same; and

L.      Granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Rowan Energy Inc. hereby demands a trial by jury on all issues so triable.

Dated: June 25, 2026

Respectfully submitted,

/s/Evan Spencer

**BLANK ROME LLP**
Evan Spencer
Louisiana State Bar No. 40204

717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone: (713) 632-8641
Fax: (713) 228-6605
Email: evan.spencer@blankrome.com

7

Russell T. Wong (*pro hac vice forthcoming*)
Texas State Bar No. 21884235

717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone: (713) 632-8682
Fax: (713) 228-6605
Email: russell.wong@blankrome.com

Saketh S. Meka (*pro hac vice forthcoming*)
Texas State Bar No. 24142198

717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone: (713) 632-8682
Fax: (7832) 981-8773
Email: saketh.meka@blankrome.com

***Attorneys for Plaintiff Rowan Energy Inc***.